UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CONNIE L. HARRISON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT**

No. 5:16-CV-226-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed an objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 26, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted.

**This Judgment Filed and Entered on June 26, 2017, and Copies To:**

Frederick W. Fleming (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)

June 26, 2017
                                PETER A. MOORE, JR., CLERK
                                 /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk